IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 5:23-CR-9-CAR-CHW |
| RONTAVIOUS JAMAL JACKSON, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL

Currently before the Court is Defendant Rontavious Jamal Jackson's Unopposed

Motion to Continue [Doc. 18] the pretrial conference scheduled for May 14, 2014, and the

trial of this case scheduled to begin on June 3, 2024. On February 13, 2024, the Grand Jury

returned a three-count indictment charging Defendant with Theft of Firearms from a

Federal Firearms Licensee, Possession of a Stolen Firearm, and Possession of a Firearm

by a Convicted Felon. On February 29, 2024, Defendant was arrested, and on March 1,

2024, Defendant was appointed counsel, pled not guilty at his arraignment, and was

released on an unsecured bond with conditions pending trial. This case has once been

previously continued, and the Government does not oppose Defendant's current request

for an additional continuance.

In the Motion, defense counsel states additional time is necessary to review the

discovery with Defendant, to investigate the matters discussed within the discovery, and

to determine the next steps in the case. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's request for a continuance. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to receive and review discovery and could result in a miscarriage of justice.

Thus, Defendant's Unopposed Motion to Continue [Doc. 18] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until August 5, 2024, the next regularly scheduled term of Court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 8th day of May, 2024.

s/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT